1  WRIGHT, FINLAY & ZAK, LLP
   T. Robert Finlay, Esq., SBN 167280
2  David L. Chaffin, Esq., SBN 258459
3  4665 MacArthur Court, Suite 280                   JS-6
   Newport Beach, CA  92660
4  Tel: (949) 477-5050; Fax: (949) 477-9200 *(Etta/Pleadings/Proposed Order MTD)*

5
6  Attorneys for Defendant,
   SAXON MORTGAGE SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11
   SAMUEL ENEKE ETTA and          )  Case No.:  CV09-03507-R
12 GINA CATAMORA ETTA,            )  *Assigned to the*
13                                )  *Honorable Manuel L. Real*
                 Plaintiffs,       )
14                                )  **ORDER GRANTING MOTION TO**
15      vs.                       )  **DISMISS PLAINTIFFS'**
                                  )  **COMPLAINT**
16                                )
   DEUTSCHE BANK TRUST            )
17 COMPANY AMERICAS               )  Hearing
   FORMERLY KNOWN AS              )  Date:    July 27, 2009
18 BANKER'S TRUST COMPANYAS       )  Time:    10:00 a.m.
19 TRUSTEE AND CUSTODIAN FOR      )  Ctrm:    8
   MORGAN STANLEY ABS CAPITAL)
20 I INC., MSAC2007-NC4, HOME 123 )
21 CORPORATIONA WHOLLY-           )
   OWNED SUBSIDIARY OF NEW        )
22 CENTURY MORTGAGE               )
   CORPORATION, SAXON             )
23 MORTGAGE SERVICES INC.         )
24                                )
25                                )
                 Defendants.       )
26                                )
27 _____)

28 ///

29 ///

1

Case 2:09-cv-03507-R-VBK   Document 22   Filed 08/07/09   Page 2 of 2   Page ID #:151

On July 27, 2009 at 10:00 a.m. or shortly thereafter, in Courtroom 8 (eight)

2 of the above-described Court, came before the Court the regularly scheduled

3 hearing on the Motion to Dismiss of Defendant SAXON MORTGAGE

4 SERVICES, INC. ("Defendant").

5 Upon consideration of all the written submissions and any oral arguments

6 regarding the aforementioned Motions, **THE COURT ORDERS AS**

7 **FOLLOWS:**

8 1. Defendant's Motion to Dismiss all Claims to the Complaint of

9 Plaintiffs, SAMUEL ENEKE ETTA and GINA CATAMORA ETTA

10 ("Plaintiffs"), pursuant to *Federal Rules of Civil Procedure*, Rule 12(b)(6), is

11 GRANTED without prejudice to plaintiffs pursuing the matter in state court.

12

13 **IT IS SO ORDERED.**

14

15 Date: ___August 07, 2009____ _____

16 The Honorable U.S. District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

29

2

[PROPOSED] ORDER